# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 304-13742-GP-7 GCP
**Case Name:** Lewis, Melvin Ronald

**Period Ending:** 03/31/10

**Trustee:** (620290) Jeanne Burton Gregory
**Filed (f) or Converted (c):** 04/05/06 (c)
**§341(a) Meeting Date:** 05/01/06
**Claims Bar Date:** 07/31/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | turnover of funds (u) | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 2 | 3120 Clydesdale Drive | 129,000.00 | 15,000.00 | | 15,000.00 | FA |
| 3 | 2 Lots on Hazelwood Rd. (See Footnote) | 33,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | CD (See Footnote) | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods (See Footnote) | 350.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing (See Footnote) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Diamond Ring (See Footnote) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Diamond Ring (See Footnote) | 600.00 | 90.00 | | 100.00 | FA |
| 9 | Diamond Ring (See Footnote) | 2,000.00 | 90.00 | | 100.00 | FA |
| 10 | Gold Chain (See Footnote) | 2,000.00 | 90.00 | | 100.00 | FA |
| 11 | Rolex Watch (See Footnote) | 7,000.00 | 1,800.00 | | 2,000.00 | FA |
| 12 | Lincoln Benefit Life Insurance (See Footnote) | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Cumberland Bank Stock (See Footnote) | 10,000.00 | 13,000.00 | | 13,000.00 | FA |
| 14 | Old National Bank Stock (See Footnote) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1994 CAT D6H Loader (See Footnote) | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2000 Jeep Grand Cherokee Limited Edition (See Footnote) | 28,000.00 | 0.00 | OA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 304-13742-GP-7 GCP  
**Case Name:** Lewis, Melvin Ronald  
**Period Ending:** 03/31/10  

**Trustee:** (620290) Jeanne Burton Gregory  
**Filed (f) or Converted (c):** 04/05/06 (c)  
**§341(a) Meeting Date:** 05/01/06  
**Claims Bar Date:** 07/31/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 2002 Dodge 4x4 Truck (See Footnote) | 33,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | 1987 Freightliner Dump Truck (See Footnote) | 23,000.00 | 0.00 | OA | 0.00 | FA |
| 19 | 1990 Peterbilt Dump Truck Tri-Axle (See Footnote) | 23,000.00 | 0.00 | OA | 0.00 | FA |
| 20 | 2003 Case 850K Dozer (See Footnote) | 133,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | Case 1280B Excavator (See Footnote) | 48,000.00 | 0.00 | OA | 0.00 | FA |
| 22 | 1991 Peterbilt Truck (See Footnote) | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 23 | 1987 Freightliner FLC Classic (See Footnote) | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 24 | Case 590 "Show Unit" 4WD Backhoe (See Footnote) | 45,000.00 | 14,490.00 | | 16,100.00 | FA |
| 25 | 1990 Dodge 4x4 Pickup Truck (See Footnote) | 4,800.00 | 1,125.00 | | 1,250.00 | FA |
| 26 | 1990 Ford Service Truck | 2,500.00 | 900.00 | | 1,000.00 | FA |
| 27 | 1998 Harley Davidson | 6,500.00 | 5,400.00 | | 6,000.00 | FA |
| 28 | 2000 Harley Davidson (See Footnote) | 0.00 | 0.00 | DA | 0.00 | FA |
| 29 | 2003 Harley Davidson (See Footnote) | 20,900.00 | 0.00 | DA | 0.00 | FA |
| 30 | 1992 Freightliner Dump Truck | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 31 | 1985 GMC Dump Truck Tandem | 16,000.00 | 3,690.00 | | 4,100.00 | FA |
| 32 | 1986 Ford One-Ton Dump Truck | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 33 | 1986 GMC Dump Truck Tri-Axle (See Footnote) | 18,000.00 | 2,475.00 | | 5,500.00 | FA |

Printed: 06/07/2010 03:14 PM   V.12.06

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 304-13742-GP-7 GCP
**Case Name:** Lewis, Melvin Ronald

**Period Ending:** 03/31/10

**Trustee:** (620290) Jeanne Burton Gregory
**Filed (f) or Converted (c):** 04/05/06 (c)
**§341(a) Meeting Date:** 05/01/06
**Claims Bar Date:** 07/31/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 34 | 1987 Ford Tri-Axle | 20,500.00 | 0.00 | DA | 0.00 | FA |
| 35 | 1987 Low Boy & Tractor (See Footnote) | 28,000.00 | 2,790.00 | | 3,100.00 | FA |
| 36 | 1990 CAT 953 Loader | 58,000.00 | 0.00 | DA | 0.00 | FA |
| 37 | 1992 GMC Tractor Truck | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 38 | Case 480 Loader | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 39 | Ford 1700 Loader/Land Scraper | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 40 | Office Equipment (See Footnote) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 41 | Machinery, Fixtures Equipment used in Business (See Footnote) | 20,000.00 | 1,125.00 | | 1,250.00 | FA |
| 42 | Inventory (See Footnote) | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 43 | Reimbursement of annuity payments per adversary (u) | 2,598.00 | 2,598.00 | | 2,598.00 | FA |
| 44 | Adversary Proceeding-Colony/Genworth Life (u) (u) (See Footnote) | Unknown | Unknown | | 17,727.00 | Unknown |
| 45 | Adversary re: Corvette (u) (See Footnote) | Unknown | 0.00 | DA | 0.00 | FA |
| 46 | 1987 Freightliner (u) | Unknown | 6,300.00 | | 7,000.00 | FA |
| 47 | 1994 CAT 963 Loader (u) | Unknown | 22,700.00 | | 28,000.00 | FA |
| 48 | White Tractor (u) | Unknown | 271.00 | | 301.00 | FA |
| 49 | Lawsuit (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 304-13742-GP-7 GCP  
**Case Name:** Lewis, Melvin Ronald  

**Period Ending:** 03/31/10  

**Trustee:** (620290) Jeanne Burton Gregory  
**Filed (f) or Converted (c):** 04/05/06 (c)  
**§341(a) Meeting Date:** 05/01/06  
**Claims Bar Date:** 07/31/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 50 | Dividend from Cumberland Bank Stock | 250.00 | 250.00 | | 250.00 | FA |
| 51 | Two Desks (u) | 50.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3,668.62 | Unknown |
| 52 | **Assets** **Totals** (Excluding unknown values) | **$951,548.00** | **$96,684.00** | | **$130,644.62** | **$0.00** |

RE PROP# 3     Omitted from amended conversion schedules - Debtor got order in Chapter 11 authorizing sale and sold.  
RE PROP# 4     Omitted from amended conversion schedules. SOFA on Chapter 11 petition says lender foreclosed on it. CD was collateral with Real Estate.  
RE PROP# 5     Omitted from amended conversion schedules.  
RE PROP# 6     Value changed to $200.00 on amended conversion schedules  
RE PROP# 7     Per Debtor - Only had 2 diamond rings, not 3.  
RE PROP# 8     value changed to $100.00 on amended conversion schedules  
RE PROP# 9     Value changed to $100.00 on amended conversion schedules  
RE PROP# 10    Value changed to $50.00 on amended conversion schedules  
RE PROP# 11    Value changed to $2000.00 on amended conversion schedules  
RE PROP# 12    No life insurance - omitted from amended conversion schedules  
RE PROP# 13    Trustee has filed motion to sell. (Value changed to unknown on amended conversion schedules)  
RE PROP# 14    No Old National Bank Stock. (Value changed to unknown on amended conversion schedules) Trustee confirmed no Old National Bank stock.  
RE PROP# 15    Omitted from amended conversion schedules. SOFA on conversion schedules show this asset repossessed and sold.  
RE PROP# 16    Omitted from amended conversion schedules  

Case 3:04-bk-13742   Doc 401   Filed 06/07/10   Entered 06/07/10 15:14:54   Desc Main
Document      Page 4 of 9

Printed: 06/07/2010 03:14 PM    V.12.06

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 304-13742-GP-7 GCP     **Trustee:** (620290)    Jeanne Burton Gregory
**Case Name:** Lewis, Melvin Ronald     **Filed (f) or Converted (c):** 04/05/06 (c)
                                        **§341(a) Meeting Date:** 05/01/06
**Period Ending:** 03/31/10     **Claims Bar Date:** 07/31/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| RE PROP# 17 | Omitted from amended conversion schedules |
| RE PROP# 18 | Omited from amended conversion schedules |
| RE PROP# 19 | Omitted from amended conversion schedules. Should be 1991 Peterbilt |
| RE PROP# 20 | Amended conversion schedules says creditor repossessed. This was collateral with Real Estate sold or foreclosed. Debtor not owner. Monica Lewis listed as owner. |
| RE PROP# 21 | Omitted from amended conversion schedules |
| RE PROP# 22 | Omitted from amended conversion schedules |
| RE PROP# 23 | Omitted from amended conversion schedules |
| RE PROP# 24 | Omitted from amended conversion schedules |
| RE PROP# 25 | Omitted from amended conversion schedules but Trustee located and sold. |
| RE PROP# 28 | Liens ok |
| RE PROP# 29 | Liens ok |
| RE PROP# 33 | Co-owned with Sally Lewis |
| RE PROP# 35 | Sold 1987 Lowboy Trailer |
| RE PROP# 40 | value changed to $50.00 on amended conversion schedules |
| RE PROP# 41 | Omitted from amended conversion schedules. Trustee did sell air compressor listed on conversion schedules |
| RE PROP# 42 | Omitted from amended conversion schedules |
| RE PROP# 44 | Adversary filed against Colony/Genworth Life and Annuity Insurance Company to recover annuity payments. Trustee now receiving payments. |
| RE PROP# 45 | Adversary pending to avoid conveyance of Corvette/Dismissed upon payment of attorney fees |
| RE PROP# 49 | Lawsuit re: work debtor did on house - contested. It appears attorney is not pursuing, but Trustee still investigating. 10/10/07 - Took deposition of debtor and he said lawsuit previously dismissed. He did not have funds to pursue. |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 304-13742-GP-7 GCP  
**Case Name:** Lewis, Melvin Ronald  

**Trustee:** (620290) Jeanne Burton Gregory  
**Filed (f) or Converted (c):** 04/05/06 (c)  
**§341(a) Meeting Date:** 05/01/06  

**Period Ending:** 03/31/10  
**Claims Bar Date:** 07/31/06  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Debtor waived discharge in 11
order converting case from 11 to 7 entered on 4/5/06
conversion schdules filed 5/9/06(#239) Basically same as Chapter 11, although many assets not existing at time of conversion - were either repossessed or sold by Debtor in the 11.
amended conversion schedules filed 7/28/06(#281)
Trustee and agents could not locate some assets listed. Debtor got order in 11 to sell some assets. Not all proceeds accounted for - Debtor agreed to waive discharge - Order was entered.
4/11 t/c with Teresa Azan of UST re this former ch 11 case
DISCHARGE HAS BEEN WAIVED BY DEBTOR
4/12/06 - Drafted and Filed Motions to Hire GGG and David Rogers
Mr Massa has met with Debtor (with lists we provided) and is gathering assets to secure location for sale.
4/24 meeting with debtor , his atty and John and Ethan Massa re location of assets and to inquire about potential assets
5/8/2006 - Filed order - Hire GGG and hire David Rogers
D. Rogers to file suit re transfer of corvette
have taken possession of equip, vehicles etc and will evaluate liens and will sell unencumbered assets and assets with equity
looking at equity in 1 piece of real property
will later investigate claims of post-petition transfer of assets
5/11/06 - Faxed affidavit to hire Bob Stanfield to Mr. Stanfield
      e-mailed authorization to change locks on Clarksville property to Heldreth & Associates

Adversary #: 06-198

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 304-13742-GP-7 GCP | **Trustee:** (620290) Jeanne Burton Gregory |
| **Case Name:** Lewis, Melvin Ronald | **Filed (f) or Converted (c):** 04/05/06 (c) |
| | **§341(a) Meeting Date:** 05/01/06 |
| **Period Ending:** 03/31/10 | **Claims Bar Date:** 07/31/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

5/25/06 - Mailed and Filed Subpoena
    Drafted & Filed Motion to Hire Accountant
6/5/06 - Filed and Mailed Amended Subpoena
6/19/06 - Bennie Norris called and asked why he got adversary letter on the car he purchased from Mr. Lewis.
6/21/06 - Filed expedited motion and order for immediate turnover of Estate Property.
7/11/06 - Filed order for immediate turnover of estate property
7/06 will be filing motion to sell equity in Clydesdale to Debtor- confirmed loan to wife
Working on motion to sell personal property; obtaining payoff on some pp to see if equity sufficient to sell.
looking at liquidating stock
need to follow up on annuity-received letter but no information provided
8/8/06 - Filed Motion to sell estate's interest in real property at 3120 Clydesdale Drive
    e-mailed draft of agreed order to sell estate's and co-owner's interest in personal property to Donald Capparella for review

8/17/06 - received invoice from Mr. Stanfield for his time to inspect Clydesdale property - in file in Jeanne's office - we did not file a motion to hire Mr. Stanfield
8/23/06 - Filed Agreed order with Co-Owner re: Dump Truck
9/13/06 - Filed motion to sell property clear of liens - Equipment, motor vehicles and miscellaneous personal property
9/27/06 - Filed Report of sale of equity in 3120 Clydesdale and quitclaim deed to Ron Lewis
    Motion for Administrative Expense for Bob Stanfield
10/06 Sue is working on stock certificates
10/06 sent another letter to annuity co
10/9/06 - Filed order to sell property
10/20/06 - Filed order to pay Bob Stanfield
11/06 Opened cd for Lewis at rate of 2.10% for 90 days.
11/21/06 - Filed Report of Sale & mailed Sally Lewis check to her attorney

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 304-13742-GP-7 GCP  **Trustee:** (620290) Jeanne Burton Gregory
**Case Name:** Lewis, Melvin Ronald  **Filed (f) or Converted (c):** 04/05/06 (c)
 **§341(a) Meeting Date:** 05/01/06
**Period Ending:** 03/31/10  **Claims Bar Date:** 07/31/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Motion to pay John Heldreth & Associates
acct has been hired
12/14/06 - Filed order to pay heldreth
12/27/06 - Filing fee paid for adversary 06-496
1/26/07 met w/ acct re status -will file 06 return/2006 return was mailed
need to file motion to sell stock and for authority to sign indenmity re certificates
receiving annuity payments
need to investigate selling annuity
3/9/2007 - Filed motion to sell stock and for authority to sign indemnity bond
Meeting of Creditors Held filed
2006 return filed/need acct invoice
6/6/07 - Filed Motion for Attorney Fees - GGG
6/7/07 - Filed Report of Sale - Stock
Adversary 06-496 is closed
6/29/07 - Filed order for attorney fees
8/10/07 met w/ acct-need 07 return due 4/15/08
need to see if can sell annuity
adv against Bennie Norris dismissed-defendant paid atty fees in lieu of estate having to pay
9/11/07 - Filed Response to Debtor's Expedited Motion to Turn-Over Records
scheduled depo of debtor for 9/24 re assets of the estate/ continued to 10/10/07
took depo-ust to subpeona records from debtor's wife
adversary is closed
Adversary Case 06-198 Closed
1/22/08-acct working on 07 return

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 9

**Case Number:** 304-13742-GP-7 GCP  
**Case Name:** Lewis, Melvin Ronald  

**Trustee:** (620290) Jeanne Burton Gregory  
**Filed (f) or Converted (c):** 04/05/06 (c)  
**§341(a) Meeting Date:** 05/01/06  

**Period Ending:** 03/31/10  
**Claims Bar Date:** 07/31/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

4/9/08 - Mailed 2007 tax return  
11/10/08 - Filed motion for accountant fees  
12/3/08 - filed order for accountant fees  
still receiving annuity payments  
5/12/09 - Filed second motion for accountant fees  
6/3/09 - Filed order for accountant fees  
8/09 cking on sale/assignment of annuity.  
claims # 64 and #65 are property taxes on property no longer property of the estate  
3/10 sent e-mail to company re interest in purchasing annuity  
sent e-mail to accountant re any tax liability on sale  

**Initial Projected Date Of Final Report (TFR):** March 31, 2008  
**Current Projected Date Of Final Report (TFR):** December 31, 2010