George C. Paine, II
US Bankruptcy Judge
Dated: 10/25/10



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Melvin Ronald Lewis | ) | CASE NO.  304-13742-GP-7 |
| | ) | CHAPTER 7 |
| Debtor(s). | ) | JUDGE Paine |

ORDER GRANTING MOTION OF TRUSTEE TO APPROVE SALE/ASSIGNMENT OF ANNUITY
CONTRACT

This matter is before the Court upon the motion of Jeanne Burton Gregory, Chapter 7

Trustee, to approve the sale/assignment of an annuity contract.   Notice of the motion having been

served in accordance with Local Rule 2016-1 and 9013-1, and no objections having been properly

made,

IT IS THEREFORE ORDERED that Jeanne Burton Gregory, Chapter 7 Trustee, is authorized to

sell/assign the estate's right, title and interest in Genworth Life and Annuity Insurance Company/ First

Colony Life Insurance Company annuity contract #0440448 (the"Annuity")to Cedarcrest Capital,

LLC ("Cedarcrest")for the sum of $13,549.66 for all remaining guaranteed periodic payments

beginning with the payment due November 1, 2010 through and including the final payment due

November 1, 2016 being 72 monthly payments each in the amount of $466.50 in the aggregate

amount of $34,054.50.  ( the "Assigned Payment")

IT IS FURTHER ORDERED that Trustee is authorized to execute the Assignment Agreement

attached to the motion and any other documents required by Cedarcrest, Genworth Life and Annuity

Insurance Company and/or the State Court in order to sell/assign the Annuity, and

IT IS FURTHER ORDERED that Trustee is authorized to pay any Assigned Payments paid to

the estate on or after November 1, 2010 to Cedarcrest upon receipt of the full Purchase Price.

.

This order was signed and entered electronically as indicated at the top of the first page.

George C. Paine II
UNITED STATES BANKRUPTCY JUDGE

Submitted for entry:

/s/ Jeanne Burton Gregory

Jeanne Burton Gregory
Gibson, Gregory & Gwyn, PLLC
401 Church Street
Suite 2200
Nashville, Tennessee 37219
(615) 242-7700
615) 259-3415
j.gregory@gibson-gregory.com

This Order has Been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: cbm0135          Page 1 of 1               Date Rcvd: Oct 26, 2010
Case: 04-13742               Form ID: pdf001         Total Noticed: 1

The following entities were noticed by first class mail on Oct 28, 2010.
db          +MELVIN RONALD LEWIS,   651 CROSSLAND AVE,   CLARKSVILLE, TN 37040-3732

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2010**                          **Signature:**        _Joseph Speetjens_